UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GERALD L. BURNETT                :       CIVIL ACTION NUMBER 5:15-CV-1214

VERSUS                        :       JUDGE ELIZABETH FOOTE

ARCCA, INCORPORATED, ET AL     :       MAGISTRATE JUDGE MARK HORNSBY

## MOTION TO DISMISS ON BEHALF OF ARCCA, INCORPORATED, MICHAEL L. MARKUSEWSKI AND DR. BRIAN J. BENDA

NOW INTO COURT, through undersigned counsel come ARCCA, Incorporated ("ARCCA"), Michael L. Markusewski ("Markusewski") and Dr. Brian J. Benda ("Benda"), defendants in the above numbered and entitled cause, and without waiving any objections to venue, jurisdiction or any other defenses, respectfully move to dismiss this action on the following grounds:

1.

This suit arises from a dispute over the payment by plaintiff Gerald Burnett (Burnett) to defendants ARCCA, Markusewski and Benda for professional engineering services rendered by defendants.

2.

Burnett retained ARCCA to provide engineering consulting services in a Louisiana lawsuit. Burnett and ARRCA entered into a written contractual agreement for those services. ("the ARRCA agreement")

3.

The ARRCA agreement includes certain "Terms and Conditions of Sale." Said terms and conditions contain various provisions, including a forum selection clause entitled, in relevant part, "Exclusive Jurisdiction and Venue." The forum selection clause provides as follows:

> The parties agree that any dispute, controversy or claim arising under or in connection with this Contract shall be decided exclusively by and in the Court of Common Pleas of Bucks County, Pennsylvania. Each party hereby submits to the personal jurisdiction of the Court of Common Pleas of Bucks County, Pennsylvania, Each party waives any right to assert or move for transfer to any other court based upon the doctrine of forum non conveniens or otherwise.

4.

Pursuant to the ARRCA agreement, ARCCA employees, including defendants Michael L. Markusewski and Dr. Brian J. Benda, provided extensive services, including, but not limited to multiple inspections, testing, reporting, testifying in multiple depositions and providing expert witness testimony at the trial. ARCCA billed Mr. Burnett a total of $227,409.14. ARCCA wrote off $2,853.51. Mr. Burnett paid a total of $76,330.16 leaving an unpaid balance of $146,673.98.

5.

On January 7, 2015, after numerous failed attempts to collect the outstanding balance, ARCCA filed suit against Burnett in the Court of Common Pleas of County, Pennsylvania. In response, on January 26, 2015, Burnett filed this suit in the 26th Judicial District Court, Bossier Parish, Louisiana.

6.

On March 31, 2015, Burnett filed Preliminary Objections to ARCCA's Complaint in the Pennsylvania suit, which included an objection to the venue. In those Objections, Burnett acknowledged that he entered the ARRCA agreement, that the agreement included the forum selection clause, and that under controlling law, selection clauses "should be given controlling weight in all but the most exceptional circumstances." ARCCA filed an Answer to Burnett's Preliminary Objections.   Both parties filed memoranda on the issues, including the venue objection. On June 8, 2015, the Pennsylvania court overruled Burnett's Preliminary Objections, thereby rejecting his arguments concerning the Pennsylvania venue. The Pennsylvania case is now proceeding to discovery and a trial setting.

7.

Forum selection clauses have historically been considered as *prima facie* valid and have been enforced by federal courts, including the U.S. Supreme Court and the Fifth Circuit.   The forum selection clause represents the parties' agreement as to the most proper forum. The

Supreme Court has held that enforcement of valid forum-selection clauses, bargained for by the parties, protects their legitimate expectations and furthers vital interests of the justice system.  A valid forum-selection clause should be given controlling weight in all but the most exceptional cases.

8.

The forum selection clause in the ARRCA agreement is valid and mandatory, bargained for by the parties, including Burnett, a sophisticated attorney who has admitted, in pleadings, full familiarity with the applicable law concerning forum selection clauses. In that agreement, Burnett exercised his "venue privilege." Only that initial choice deserves deference. All private-interest factors weigh entirely in favor of the preselected forum.  No public interest factors exist capable of defeating the enforcement of the agreement. The agreement protects the legitimate expectations of the parties and furthers vital interests of the justice system. In the words of the Supreme Court,  "The interest of justice is served by holding parties to their bargain." All applicable law mandates that the valid forum selection clause be enforced.

9.

Here, the parties agreed on Pennsylvania state court as the appropriate forum.  Therefore, transfer is not possible – dismissal is the appropriate remedy.  Burnett's rights will not be adversely affected. This suit can be dismissed without prejudice to the rights of Burnett to assert any claims or rights related the agreement and related matters in that Pennsylvania suit.

10.

This suit should be dismissed, without prejudice to Burnett to litigate any and all claims arising from or related to the ARRCA agreement and related transactions in the Pennsylvania suit.

WHEREFORE, defendants, ARCCA, Incorporated, Michael L. Markusewski and Dr. Brian J. Benda pray that the Motion to Dismiss be granted and that this suit be dismissed without prejudice.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Telephone:     (318) 221-1800
Facsimile :    (318) 226-0390
E-mail     :   darmand@padwbc.com
               tcarter@padwbc.com

BY:   es/*Donald Armand, Jr.*
           DONALD ARMAND, JR. (#17444) TA
           TREY W. CARTER, (#35075)
      ATTORNEYS FOR ARCCA, INCORPORATED,
      MICHAEL L. MARKUSEWSI and DR. BRIAN J.
      BENDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GERALD L. BURNETT   :  CIVIL ACTION NUMBER 5:15-CV-1214

VERSUS      :  JUDGE ELIZABETH FOOTE

ARCCA, INCORPORATED, ET AL  :  MAGISTRATE JUDGE MARK HORNSBY

### CERTIFICATE OF SERVICE

 I hereby certify that on July _____, 2015, a copy of the foregoing was filed electronically

with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel

of record by operation of the court's electronic filing system.

      PETTIETTE, ARMAND, DUNKELMAN,
      WOODLEY, BYRD & CROMWELL, L.L.P.
      400 Texas Street, Suite 400 (71101)
      Post Office Box 1786
      Shreveport, Louisiana 71166-1786
      Telephone: (318) 221-1800
      Facsimile : (318) 226-0390
      E-mail : darmand@padwbc.com
          tcarter@padwbc.com

     BY: ___es/*Donald Armand, Jr.*_____
       DONALD ARMAND, JR. (#17444) TA
       TREY W. CARTER, (#35075)
     ATTORNEYS FOR ARCCA, INCORPORATED,
     MICHAEL L. MARKUSEWSI and DR. BRIAN J.
     BENDA