UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GERALD L. BURNETT : CIVIL ACTION NUMBER 5:15-CV-1214

VERSUS : JUDGE ELIZABETH FOOTE

ARCCA, INCORPORATED, ET AL : MAGISTRATE JUDGE MARK HORNSBY

### AFFIDAVIT OF ALAN CANTOR

STATE OF Pennsylvania
COUNTY OF Bucks

BEFORE ME, the undersigned Notary Public, in and for the State of Pennsylvania, personally came and appeared ALAN CANTOR, who after being duly sworn, did depose and state, based on personal knowledge, that:

1. I am Alan Cantor, a person of full age of majority. This affidavit is based on my personal knowledge.

2. I am the Chief Executive Officer of ARCCA, Inc. ("ARCCA") I have worked in this position for 28 years. In my position as Chief Executive Officer, I am responsible for leading and overseeing all operations of the company.

3. On or about April 13, 2010, Gerald Burnett entered into a written contractual agreement with ARCCA whereby ARCCA agreed to perform professional litigation support services in connection with a products liability lawsuit in Bossier Parish, Louisiana, *Allred v. Honda/Takata*. Mr. Burnett represented the plaintiffs. A true and accurate copy of said



1

ARCCA0001

contract is attached hereto as Exhibit A-1 (hereinafter referred to as "the ARCCA Agreement").

4. ARCCA, including employees Michael L. Markushewski and Dr. Brian J. Benda, provided services pursuant to the ARRCA agreement, including but not limited to multiple inspections, testing, reporting, multiple depositions and expert witness trial testimony.

5. Pursuant to the ARRCA agreement, ARCCA billed Mr. Burnett a total of $227,409.14. ARCCA wrote-off $2,853.51. Mr. Burnett paid a total of $76,330.16, leaving an unpaid balance of $146,673.98.

6. On January 7, 2015, after numerous failed attempts to collect the outstanding balance, ARCCA filed suit against Mr. Burnett in the Court of Common Pleas of Bucks County, Pennsylvania.

_____
ALAN CANTOR

SWORN TO AND SUBSCRIBED before me, Notary, on this the 16th day of July 2015.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTIE NICOLE VOELKER
Notary Public
WRIGHTSTOWN TWP, BUCKS COUNTY
My Commission Expires May 17, 2019

Exhibit A-1

ARCCA0003



-April 8, 2010
*Privileged & Confidential Attorney Work Product*

Gerald L. Burnett, Esquire
Gerald L. Burnett Attorney at Law
PO Box 78307
Shreveport, LA 71137

3875 CC'1

RE: *Allred vs. Honda/Takata-products*

Dear Mr. Burnett:

Thank you for your interest in our services. This letter confirms our agreement that Gerald L. Burnett, Esquire on behalf of Gerald L. Burnett Attorney at Law has retained ARCCA, Inc. to provide professional support services in connection with the *Allred vs. Honda/Takata-products* litigation.

In response to your request, ARCCA will provide an initial evaluation and analysis with an oral report. Upon receipt of the materials requested (see below), the Project Manager assigned to your case will provide for your approval a breakdown of the phase-I actions and costs. We bill on a time and materials basis, and you will only be invoiced for charges actually incurred. The hourly billing rate for our engineers will be provided in your phase-I estimate.

Please provide the following materials for our review and analysis
- PAR (Police Accident report/Incident report)
- Medical records pertaining to the subject claimant/plaintiff
- Color photographs of the subject vehicle/accident site/injured party
- Witness statements or deposition transcripts for EMT, Police, 1st responders, etc.

This agreement is subject to ARCCA's Standard Rate Schedule, Terms and Conditions, and Invoicing Policy (attached), all of which are hereby made a part of this agreement. Further details concerning this particular assignment, including work progress, deliverable requirements and updated budget estimates, can be obtained from your Project Manager.

Your signature below within 60 days of the date of this agreement, along with receipt of the initial $5000 retainer amount which is *held in trust*, authorizes ARCCA to proceed on the case. Please note that you may not identify us as an expert witness to the court or otherwise request work product until this Agreement has been signed and returned to us and you have paid the initial retainer. Call me at (215) 598-9750 if you have any questions or require additional information. We look forward to working with you.

Sioux M. Klinsky
Chief Operations Officer
ARCCA, Incorporated

AGREED AND ACCEPTED:
Gerald L. Burnett, Esquire
Gerald L. Burnett Attorney at Law

13 April 2010
Date



## TERMS & CONDITIONS
ARCCA, Inc. and Gerald L. Burnett, Esquire
on behalf of Gerald L. Burnett Attorney at Law
RE Allred vs. Honda/Takata-products
Date: April 8, 2010

ARCCA will assist you in the technical matters of your case. In return, you agree to deal with us in good faith and to apprise us of all rulings and pertinent information relating to our testimony and work product When used in this Contract, the words "we," "our" and "us" refer to ARCCA, Inc and any division of ARCCA that may perform services for your case Likewise, the words "you" and "your" mean the individual signing this Contract and that individual's company/firm The individual acknowledges that he/she has authority to bind his/her company/firm to this Contract.

Charges The enclosed Rate Schedule outlines our current rates, invoicing, and payment policies. The hourly rates may change without notice. You agree to abide by the Rate Schedule and policies in effect at the time services are rendered. The rates apply to all time spent by the consulting engineers and others on your behalf. Such time may include, without limitation: consultation, case review, technical investigation, research, laboratory work (in-house or otherwise), report preparation, depositions, court appearances, standby and travel We will estimate certain charges that are payable in advance including those for depositions, court appearances and out-of-town work.

In certain instances, ARCCA may charge a retainer. <u>This retainer is held in trust for the length of the project – it is not applied to outstanding balances until the case is resolved.</u> The letter forwarding this contract details the retainer amount, if one is required.

**Note:** Our Contract is with you and not with your client. You agree to be responsible for payment of our services and understand that such payment is not contingent upon settlement of your case and is not dependent upon your arrangement with your client or any other source. If you refer the case to another attorney, you must pay your balance in full. We do not operate on a contingent fee basis, nor may a bill go unpaid until a case is resolved.

Use of Agents or Assistants. To allow the consulting engineer assigned to your matter to perform the duties under this Contract in the most cost-effective manner, the engineer may use other ARCCA employees to assist with the proper performance of his duties. We will charge the cost of the services of these Assistants to you at the rates in the Rate Schedule.

Methods Used Because of the nature of the case work where we are providing expert opinions and services, we retain the right to determine, in our discretion, the methods we use to accomplish our work.

Termination or Suspension of Services Either party may suspend services or terminate this Contract at any time upon written notice to the other You will be responsible for all fees, costs and expenses incurred by us before our receipt of a written request to stop work or terminate the Contract Upon termination of the Contract and payment of all outstanding money due us, we will return to you all documents and other evidence that we may have. We reserve the right to terminate this contract due to non-payment of invoices.

Governing Law. This Contract shall be governed by and construed in accordance with the laws of Pennsylvania.

Exclusive Jurisdiction and Venue; Effect of Compulsory Arbitration; Waiver of Jury Trial. The parties agree that any dispute, controversy or claim arising under or in connection with this Contract shall be decided exclusively by and in the Court of Common Pleas of Bucks County, Pennsylvania. Each party hereby submits to the personal jurisdiction of the Court of Common Pleas of Bucks County, Pennsylvania. Each party waives any right to assert or move for transfer to any other court based upon the doctrine of forum non conveniens or otherwise. **Each party agrees that in the event a dispute is subject to compulsory arbitration under the rules of civil procedure applicable to such action, that the decision of the arbitrators shall be final, binding and non-appealable. Each party further agrees that in the event a dispute is not subject to compulsory arbitration and is decided by a judge, the decision of the judge shall be final, binding and non-appealable.** Each party hereby irrevocably waives any right or claim to a jury trial in regard to any and all actions and proceedings involving this Contract.

Confidentiality of Proceedings. Each party agrees that all proceedings involving a claim or claims under this Contract are and shall remain confidential and that all information, transcripts and other documents that are the subject of such proceedings shall be held in the strictest confidence and shall not be disclosed without the prior written consent of the other party (except for disclosure to such party's attorney(s) or as required by court order). Each party agrees that upon the request of either party the record of the court proceeding may be sealed and each party hereby waives the right to object to a request by the other party to have the record so sealed.

Limitation of Damages. In the event of any alleged breach of contract or negligence on our part, you agree that your sole and exclusive remedy will be to recover damages not to exceed the amount of fees paid to us for services rendered in connection with this Contract. In no event will we be liable for alleged incidental or consequential damages.

Assignment. This Contract may not be assigned by either party without the other's prior written consent.

Entire Understanding. This Contract (including the Rate Schedule in effect) constitutes our full and complete understanding with you, superseding any and all previous statements and agreements and understandings, written or oral, with respect to the subject matter of the Contract. The terms of this Contract may be amended only in writing signed by both parties. This Contract shall be governed and construed in accordance with the laws of the Commonwealth of Pennsylvania without regard to any conflict of law rules and without regard to any rules of interpretation or construction relating to which party drafted this Contract.

Testimony Challenges. You agree to notify the ARCCA expert or point-of-contact when any challenges are made with regard to testimony (e.g. *Daubert*, *Kuhmo* or *Frye*) or motions in limine or motions for summary judgment are put forward. We require notification within 2-weeks of notice to counsel. ARCCA reserves the right to retain independent counsel to represent its interests during any such *Daubert*, *Kuhmo*, *Frye* or Limine Motions/Hearings. You agree to be responsible for and to reimburse ARCCA upon demand for all fees and costs associated with ARCCA's preparations for and attendance at such hearings, including, without limitation, reasonable attorney's fees, preparation time, travel time, testimony time, court costs and out-of-pocket expenses. You will also be responsible for payment of all case-related fees and costs, regardless of the outcome of the challenge/hearing.

Evidence Handling. ARCCA is not in the business of storing evidence. Rather, all evidence is handled by and through Evidence Storage, Inc., a Pennsylvania corporation ("ESI"), via a separate contract to be entered into between yourself and ESI. Occasionally, evidence is received by ARCCA prior to a contract being entered into with ESI. In the event this happens, the evidence will be turned over to ESI and ESI will then contact you with regard to entering into a



contract for the storage and handling of such evidence. You acknowledge that in the event you do not enter into a contract with ESI for the storage of the evidence upon request, ESI may return the evidence to you COD, and if you fail to pay for the return of the evidence, ESI may consider the evidence abandoned. You hereby release ARCCA, and agree to hold ARCCA harmless, from any and all claims, losses or damages (including costs and attorneys fees) arising out of or in connection with ARCCA's receipt of evidence and ARCCA's transmittal of evidence to ESI.

Burnett
RE: *Allred vs Honda/Takata-products*
April 8, 2010

*ARCCA RATE SCHEDULE*
*effective January 1, 2009*
*Page 1 of 2*

### Retainers & Payments

1. An initial retainer (unless otherwise specified in the cover letter) is required along with the signed retention letter. **The retainer amount is identified in the accompanying agreement letter.** The initial retainer remains in your account until the case is closed or our services are discontinued. Upon completion of the case, if our final invoice is less than the retainer amount, the balance will be returned. If the invoice amount exceeds the retainer, the final invoice will reflect the difference. Additional retainers may be required for special tasks.

2. **Please make checks payable to ARCCA, Incorporated and remit to P.O. Box 78, Penns Park, PA 18943-0078**

### Professional Fees

**Analysis and Consultation** [Investigations, analysis, inspections, research, report preparation, travel time and general consultation services.]

| | |
|---|---|
| Investigator | $ 85-$100 per hour |
| Coordinating Engineer | $100-$200 per hour |
| Senior Engineer | $250-$375 per hour |
| Biomechanical Engineer | $200-$350 per hour |

**Testimony**

| | |
|---|---|
| Senior Engineer | $300-$375 per hour |
| Biomechanical Engineer | $250-$400 per hour |

*Please note that for most work requiring a level of effort greater than four (4) hours, we will provide a written cost estimate for your review and approval.*

### Visual Communications

| | |
|---|---|
| Senior Consultants | $165 to $255 per hour |
| Graphics/Illustration Production | $125 to $185 per hour |
| Animation Production Services | Per Estimate |
| Administrative Support | $50 per hour |

### Visual Communications "Phase I" Analysis

Our approach for providing cost-effective, creative consultation is to open a "Phase I" budget that covers initial client meetings/calls, file review and exhibit development. The product of this first phase is a comprehensive project plan, including concept drawings showing ideas for visually presenting key issues; recommendations for appropriate exhibit type, such as graphics, animation, video, photographs, and/or a multi-media approach; and a firm cost estimate for further development and production of the exhibits proposed.

ARCCA0008

*ARCCA RATE SCHEDULE*
*effective January 1, 2009*
*Page 2 of 2*

**ARCCA INVOICING POLICY**

1. The initial retainer remains in your account until the case is closed or our services are discontinued. Upon completion of the case, if our final invoice is less than the retainer amount, the balance will be returned. If the invoice amount exceeds the retainer, the final invoice will reflect the difference. Additional retainers may be required for special tasks.

2. Except where alternative pricing has been specifically arranged, all invoicing is on a time and materials basis. Hours are computed in periods of no less than one-quarter of an hour.

3. Expenses for travel, materials and other direct costs include a general and administrative fee. Travel time is computed portal-to-portal and is billed at the rates set forth under Professional Fees.

4. Invoices are prepared and mailed monthly. Payment is due within thirty (30) days of the invoice date. Please make all checks payable to **ARCCA, Incorporated**.

5. Interest is charged on unpaid balances over 45 days at 1.5% per month. You agree to pay all attorney's/agency fees and expenses incurred by us in collection of overdue accounts.

6. No work will be performed on accounts 60 days past due (pending receipt of all funds) without an express exception granted by a corporate officer. Once an account is past due, we may require advance payment for all future services and expenses.

7. Some test programs and all depositions and court appearances for expert testimony must be paid in advance. This includes any outstanding balances. ARCCA will generate an estimated bill before the scheduled date based on estimated time and expenses. We will bill time and/or expenses greater than the estimate following the deposition and/or court appearance; we will credit overpayments against future services or refund them.

8. A minimum charge of four (4) hours will apply for all court appearances and depositions. This minimum does not include trial or deposition waiting/stand-by time.

9. We reserve the right to suspend or terminate services for non-payment of invoices when due.