UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GERALD L. BURNETT | CIVIL ACTION NO. 5:15-CV-1214 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| ARCCA INCORPORATED<br>MICHAEL L. MARKUSEWSKI<br>AND DR. BRIAN J. BENDA | MAGISTRATE JUDGE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF-GERALD L. BURNETT'S   OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel, comes the Plaintiff- Gerald L. Burnett, who with respect shows that he OPPOSES DEFENDANTS' MOTION TO DISMISS for and upon the grounds hereinafter setforth and in his memorandum in opposition thereto.

1.

Plaintiff- Gerald L. Burnett shows that Defendants' Motion to Dismiss should be denied for the reasons setforth with particularity in his Memorandum in Opposition to the Defendants Motion to Dismiss and Memorandum in Support thereof.

Wherefore, Plaintiff-Gerald L. Burnett shows that Defendants Motion to Dismiss should be denied at their costs and expense for the reasons setforth in his Memorandum in Opposition thereto.

SIMMONS, MORRIS & CARROLL, L.L.C.

By: *s/B. Trey Morris*
_____
B. Trey Morris, APLC (#28162) – TA
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 –Telephone
(318) 221-4560 –Fax
btmorris@shreveportlaw.net –Email

Attorney for Plaintiff-BURNETT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to All Counsel of Record.

*s/B. Trey Morris*
_____
B. Trey Morris