UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GERALD L. BURNETT | CIVIL ACTION NO. 15-1214 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| ARCCA INCORPORATED, MICHAEL L. MARKUSHEWSKI, and DR. BRIAN J. BENDA | MAGISTRATE JUDGE MARK HORNSBY |

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendants Motion To Dismiss [Record Document 31]:

**IT IS ORDERED** that the motion [Record Document 31] is **GRANTED IN PART**, granting Defendants an extension of time until Wednesday, March 16, 2016 at 5:00 p.m. to file any reply to Plaintiff's opposition to Defendants' Motion To Dismiss, and **DENIED IN PART**, denying Plaintiff's request for an extension of seven days.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 14th day of March, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE